Jack Doca, Appellant and Respondent, *v.* Federal Stevedoring
Co., Inc., Respondent and Appellant.

Argued February 24, 1953; decided April 16, 1953.

*Abraham M. Fisch* and *Sidney Schiffman* for appellant-respondent.

*John F. X. Finn* and *Alfred Giardino* for respondent-appellant.

On appeal by plaintiff: Judgment affirmed. On appeal by defendant: Appeal dismissed upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.